KAREN SUE NAYLOR
PO BOX 504
SANTA ANA, CA  92702-0504
Telephone (714) 708-3900
Facsimile (714) 708-3949

Chapter 11 Trustee

**FILED**
**SEP 10 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>EL TORO MATERIALS COMPANY INC,<br><br><br><br>Debtor(s). | Case No. 8:02-bk-18913-ES<br>Chapter 11<br><br>**NOTICE OF UNCLAIMED DIVIDEND(S)**<br>**(FRBP 3011)** |

### TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. <u>28607</u> in the sum of $<u>621.54</u> representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: September _10_, 2010

_____
Karen Sue Naylor, Chapter 11
Trustee for the Estate of El Toro
Materials Company Inc.

UNCLAIMED DIVIDENDS REMITTED TO THE COURT

Case Number 8:02-bk-18913-ES -- El Toro Materials Company, Inc.

| Creditor | Claim No. and Type | Amount Paid |
|---|---|---|
| ABC Wiping Cloth<br>2360 S Orange Ave<br>Fresno, CA  93725-1014 | 5 / unsecured<br>Ck returned "company<br>no longer exists" | $327.56 |
| Ivan Rovcanin<br>248 W. 10th Street<br>San Pedro, CA  90731-3704 | Scheduled / unsecured<br>uncashed check #28200<br>stop payment | $22.50 |
| Union 76 / Union Oil<br>PO Box 27288<br>Tempe, AZ  85285-7288 | Scheduled / unsecured<br>uncashed check #28223<br>stop payment | $53.45 |
| US Postmaster<br>PO Box 21179- S.A. acctg office<br>Santa Ana, CA  92711 | Scheduled / unsecured<br>uncashed check #28224<br>stop payment | $218.03 |
| | **TOTAL:** | **$621.54** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
200 W. Santa Ana Boulevard, Suite 400, Santa Ana, CA 92701


A true and correct copy of the foregoing document described as ***NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ***SEPTEMBER 10, 2010*** , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Office of the United States Trustee**, Attn: Kristina Howard, 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 10, 2010 | Alane Canzone | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

KAREN SUE NAYLOR   Bar No. 147375
P.O. Box 504
Santa Ana, CA 92702-0504

US BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
411 W FOURTH STREET, STE 2030
SANTA ANA CA 92701

Check Enclosed

---

**EL TORO MATERIALS**
KAREN SUE NAYLOR CHAPTER 11 TRUSTEE
CASE #SA02-18913-ES
ROCKY ROAD @ PORTOLA PARKWAY   (949) 458-7993
LAKE FOREST, CA 92630-6135

BANK OF AMERICA
Customer Connection
Dallas, Texas 75202
32-1/1110

28607
028607

PAY  *SIX HUNDRED TWENTY ONE DOLLARS AND 54 CENTS

DATE  09/10/10        AMOUNT  *******621.54*

TO THE ORDER OF
United States Bankruptcy Court
411 West Fourth Street
Santa Ana              CA 92701

VOID AFTER 90 DAYS

⑈028607⑈ ⑆111000012⑆ 375 552 6250⑈

---

EL TORO MATERIALS                                          28607

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| CHECK DATE: 09/10/10 | | | | | |
| 09/10/10 | NOV2002 | Case No. 8:02-bk-18913- | 621.54 | .00 | 621.54 |